
FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-400-RFB-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JEFFREY RITCHEY, | |
| Defendant. | |

This Court found that Jeffrey Ritchey shall pay the in personam criminal forfeiture money judgment of $50,038 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Memorandum in Support of Guilty Plea Without Plea Agreement, ECF No. 25; Change of Plea, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $50,038 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jeffrey Ritchey the in personam criminal forfeiture money judgment of $50,038 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

/ / /

/ / /

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2 copies of this Order to all counsel of record and three certified copies to the United States
3 Attorney's Office, Attention Asset Forfeiture Unit.
4    DATED this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE